# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA   :   No. 97 EM 2020

             v.                   :

LOUIS ALEXANDER               :

PETITION OF: DANIEL SILVERMAN, ESQ.

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of March, 2021, in consideration of the Motion to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Philadelphia County for it to determine whether Attorney Daniel Silverman should be permitted to withdraw. *See* Pa.R.Crim.P. 120(B)(1), Comment (precluding an attorney from ceasing representation of a criminal-defendant client absent leave of court; further instructing the court to consider various factors in determining whether counsel should be granted leave to withdraw, including the existence of a contract providing for the termination of representation "at a specified stage in the proceedings").

In the event Attorney Silverman is permitted to withdraw, the Court of Common Pleas of Philadelphia County is ORDERED to determine whether Louis Alexander is entitled to court-appointed counsel or should be allowed to proceed *pro se*. *See* Pa.R.Crim.P. 904, Comment (explaining that an indigent defendant is entitled to court-appointed counsel on his or her first PCRA petition; further instructing that this representation shall continue through all avenues of appeal, including allocatur review); *see also Commonwealth v. Grazier*, 713 A.2d 81 (Pa. 1998) (explaining that an on-the-

record determination must be made as to whether a criminal defendant's request to proceed *pro se* is knowing, intelligent, and voluntary).

The Court of Common Pleas of Philadelphia County is ORDERED to enter its determination regarding this remand within 90 days and to notify this Court promptly of its determination.